EAST BATON ROUGE PARISH
Filed Jul 02, 2019 3:04 PM
Deputy Clerk of Court
C-684977
21/D

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER: **684977**   SECTION: **D**

CEDRIC POLK

VERSUS

CITY OF BAKER, THROUGH THE BAKER POLICE DEPARTMENT; DETECTIVE BRYAN HOLIDAY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN OFICER FOR THE BAKER POLICE DEPARTMENT

*************************************************************************

## PETITION

The Petition of Cedric Polk, a resident of the full age of majority of East Baton Rouge Parish, Louisiana, respectfully represents:

1.

The defendants enumerated below are justly and truly indebted unto Petitioner for all sums as are reasonable under the premises, punitive damages as to defendant Holiday and as allowed by law, all costs of these proceedings, attorney's fees, legal interest thereon from the date of judicial demand until paid, and all such other relief to which Petitioner is entitled at law or in equity:

1. City of Baker, through the Baker Police Department, a local entity domiciled in the Parish of East Baton Rouge, State of Louisiana;

2. Detective Bryan Holiday, individually and in his official capacity as an Officer for the Baker Police Department, upon information and belief, a resident of the full age of majority of East Baton Rouge Parish, State of Louisiana.

2.

On August 24, 2018, Petitioner, accompanied by his wife, was driving her vehicle from his office to his home. At approximately 2:30 p.m., Petitioner approached the intersection of Winston Street and Barrington Street, located in Baker, Louisiana. The intersection was a four (4) way stop. Prior to crossing the intersection, Petitioner came to a complete stop and looked both right and left to determine whether there was oncoming traffic. Petitioner saw no oncoming traffic and as a result, proceeded through the intersection at a lawful speed.

3.

Shortly thereafter, Petitioner saw a black, unmarked vehicle with flashing blue lights traveling at an unsafe distance behind him. Petitioner pulled over onto the shoulder of Barrington Street. The unmarked vehicle followed him.


Certified True and Correct Copy
CertID: 2019070900844

East Baton Rouge Parish
Deputy Clerk of Court


EXHIBIT 1
Generated Date:
7/9/2019 3:09 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4.

Petitioner exited his wife's vehicle and walked toward the unmarked vehicle in a non-aggressive and non-threatening manner with his driver's license and registration in his hand. Petitioner's wife remained in her vehicle. In response to Petitioner's polite inquiry as to the reason why he was stopped, defendant Holiday exited the unmarked vehicle and aggressively demanded that Petitioner stand behind his vehicle. Petitioner complied.

5.

Defendant Holiday suddenly approached Petitioner and threatened "lose the attitude" and yelled aggressively "I'll get them [in reference to Petitioner's driver license/registration] when I'm fucking ready for them."

6.

After Petitioner respectfully requested that Detective Holiday not speak to him in such a hostile manner, Detective Holiday, without any cause, provocation, or justification, reached for his taser and violently commanded Petitioner to put his hands behind his back. Petitioner complied and defendant Holiday handcuffed him.

7.

Detective Holiday then inexplicably threatened and cursed at Petitioner, stating that Petitioner was "very fucking disrespectful and had a bad attitude", violently approached him, balled up his fists as to hit him, and violently slammed Petitioner against the unmarked vehicle by the collar of his shirt and neck, causing Petitioner's shoes to fly off. Defendant Holiday aggressively dragged Petitioner against the vehicle into back of his unmarked vehicle, purposefully slamming the vehicle's door against Petitioner's foot. Petitioner's wife witnessed defendant Holiday's attack.

8.

Petitioner was detained in defendant Holiday's unit until another Baker PD Officer, Galyn Conrad, arrived on the scene and released Petitioner from police custody. Officer Conrad advised Petitioner that he had been pulled over for having "ran through the stop sign at the corner of Barrington and Weston" and that the license plate on Petitioner's wife's vehicle was "illegal". However, this was false.

9.

Petitioner received no citation or ticket for the incident.

Certified True and
Correct Copy
CertID: 2019070900844



East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/9/2019 3:09 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

10.

As a result of defendant Holiday's verbal and physical attack, Petitioner received extensive medical treatment. Petitioner continues to suffer from likely permanent back and neck injuries as a result of the incident.

11.

At no time during the incident did defendant Holiday identify himself as an officer with the Baker Police Department.

12.

Petitioner contends his injuries were caused by the tortious conduct of defendants Holiday and Baker PD, including but not limited to, negligence, intentional conduct, assault, battery, and false imprisonment, willful conduct, and/or fault, failing to render timely and/or adequate medical attention, and failing to adequately train and/or supervise its employees.

13.

Pursuant to La. C.C. Art. 2320, defendant Baker PD is vicariously liable unto Petitioner for his injuries caused by its employee, defendant Holiday, who was acting within the course and scope of his employment as an officer for the Baker Police Department.

14.

At all times pertinent hereto, defendant Holiday was a "person acting under color of the authority" within the meaning and intent of 42 U.S.C. § 1983. At all times pertinent hereto, Petitioner enjoyed clearly established rights of bodily integrity, due process of laws, and to be free from unreasonable search and seizure, wrongful arrest/detention, and excessive force pursuant to the 5th and 14th Amendments to the United States Constitution, and to be free from cruel and unusual punishment pursuant to the 8th Amendment to the United States Constitution. The actions and deliberate inactions of defendant Holiday violated Petitioner's clearly established rights in violation 42 U.S.C. § 1983 and is thus liable unto him as set forth herein.

15.

As a result of the incident sued upon herein, Petitioner sustained damages which include, but are not limited to, permanent injury and pain to his back and neck, past and future lost wages, severe and extreme emotional distress, humiliation, embarrassment, mental anguish, past and future medical expenses, and all other damages as will be more fully shown at trial of this matter and all for which Petitioner sues herein.


**Certified True and Correct Copy**
CertID: 2019070900844

*Belinda Eaves*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/9/2019 3:09 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

16.

The actions of defendant Holiday were in wanton and reckless disregard for Petitioner's clearly established rights and, he is therefore liable unto Petitioner for punitive damages as allowed by law.

17.

Petitioner is additionally entitled to and desires an award of attorney's fees pursuant to 42 U.S.C. § 1988.

18.

Defendants are liable for all such other relief to which Petitioner is entitled at law or in equity.

19.

Petitioner is entitled to and desires trial by jury of this matter.

**WHEREFORE**, Petitioner Cedrick Polk, prays for trial by jury and after due proceedings are had that there be judgment herein in her favor and against defendants, City of Baker, through the Baker Police Department and Detective Bryan Holiday, individually and in his official capacity as an Officer with the Baker Police Department, for all sums as are reasonable under the premises, punitive damages as to defendant Holiday and as allowed by law, attorney's fees, all costs of these proceedings, legal interest thereon from the date of judicial demand until paid, and all such other relief to which they are entitled at by or in equity.

Respectfully submitted,

By: /s/ W. Brett Conrad

Jill L. Craft, La. Bar Roll No. 20922
W. Brett Conrad, Jr. La. Bar Roll No. 36739
330 Government Street
Baton Rouge, LA 70802
Phone: (225) 663-2612
Fax: (225) 663-2613



Certified True and Correct Copy
CertID: 2019070900844

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/9/2019 3:09 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

PLEASE SERVE:

City of Baker, through the Baker Police Department,
through Chief Carl Dunn
1320 Alabama Street
Baker, LA 70714

Detective Bryan Holiday
at his place of employment
Baker Police Department
1320 Alabama Street
Baker, LA 70714

Certified True and
Correct Copy
CertID: 2019070900844

*Belinda Eaves*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/9/2019 3:09 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Jul 02, 2019 3:04 PM
Deputy Clerk of Court
C-684977
21/D

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER: _____ SECTION: _____

**CEDRIC POLK**

V.

**CITY OF BAKER, THROUGH THE BAKER POLICE DEPARTMENT; DETECTIVE BRYAN HOLIDAY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN OFICER FOR THE BAKER POLICE DEPARTMENT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VERIFICATION**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, Notary Public, personally came and appeared:

**CEDRIC POLK**

a resident of the full age of majority of East Baton Rouge Parish, Louisiana, who upon being duly sworn did depose and state that he is the Petitioner in the above and foregoing Petition, and that all facts and allegations contained therein are true and correct.

_Cedric Polk_

SWORN TO AND SUBSCRIBED before me, Notary Public, this 2nd day of July, 2019.

_W. Brett Conrad_
W. Brett Conrad
La Bar Roll No.: 37639

Certified True and Correct Copy
CertID: 2019070900843

_Belinda Eaves_
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/9/2019 3:09 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).